KAEMPFER CROWELL
Keith Williams, No. 10796
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: kwilliams@kcnvlaw.com

Attorney for Plaintiffs Two Seasons Properties, LLC and SS Management, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TWO SEASONS PROPERTIES, LLC, a Nevada limited liability company; and SS MANAGEMENT, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>DOUGLAS COUNTY, a political subdivision of the State of Nevada; TIM DAVIS, Douglas County Building Official, in his official capacity; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:26-cv-00668-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO CONTINUE BRIEFING AND HEARING ON PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>**(SECOND REQUEST)** |

Plaintiffs Two Seasons Properties, LLC and SS Management, LLC ("Plaintiffs"), and Defendants Douglas County and Douglas County Building Official Tim Davis ("Defendants") (together, the "Parties") stipulate to continue the hearing on the Emergency Motion for Temporary Restraining Order and modify the briefing schedule and request that the Court enter this Stipulation as follows:

1. On September 8, 2026, Plaintiffs filed their Emergency Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 6). On

September 15, 2026, the Court entered the Parties' stipulation continuing the briefing and hearing on the motion to allow settlement discussions (ECF No. 19). Defendants' opposition is currently due September 29, 2026; Plaintiffs' reply is due October 2, 2026; and the hearing is set for October 6, 2026.

2. On September 9, 2026, the Tahoe Douglas Fire Protection District inspected the accommodations at issue. On September 11, 2026, counsel for the Parties and Building Official Davis conferred. Following that conference, counsel for Defendants confirmed in writing that "the only enforcement action the County intends to take at this time is to work with" Plaintiffs "towards finalizing the building permit paperwork, completing inspections, and issuing certificates of occupancy." The parties are working toward a resolution under which Plaintiffs would complete the corrective work identified in the inspection and satisfy the County's operational requirements, and the remaining issues would be resolved without further emergency litigation.

3. The Parties' discussions have been productive, and the matters at issue are being addressed through the County's ordinary administrative processes.

4. To allow those discussions to continue without burdening the Court, the Parties stipulate that the briefing and the hearing on the motion be continued for another fourteen days, as follows: any opposition shall be filed by October 13, 2026; any reply shall be filed by October 20, 2026; and the hearing shall be continued to October 27, 2026, or to a date thereafter convenient to the Court. If the Parties' discussions remain productive, the Parties may request a further continuance by stipulation.

5. During the continuance, and consistent with the County's September 11, 2026 statement of its intended course, Defendants and their officers, agents, and employees will not red-tag, placard, close, or otherwise restrict occupancy or operation of the accommodations on the basis of the matters asserted in the County's August 12, 2026 email, as supplemented by its August 17 and August 21, 2026 emails. Nothing in this paragraph limits any agency's authority to act on a specific, identified condition presenting an actual and imminent threat to health or safety. During the same period, Plaintiffs will proceed with the corrective work identified in the September 9, 2026 inspection and will keep transient occupancy tax remittances current.

6. This Stipulation is entered to facilitate settlement discussions and not for delay. It is the Parties' second request to continue the briefing or the hearing. No party waives, and this Stipulation shall not be construed to waive or prejudice, any claim, defense, right, or position of any party, including any position concerning the occupancy classification of the accommodations. Participation in the discussions described above is not consent to any classification or reclassification.

7. The Parties will file a joint status report by October 9, 2026, reporting on the progress of their discussions. If the Parties resolve the matter, they will promptly notify the Court. If they do not, the motion will proceed on the continued schedule.

***SIGNATURES ON NEXT PAGE TO COMPLY WITH LR IA 6-2***

KAEMPFER CROWELL

/s/

Keith Williams, No. 10796
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

Attorney for Plaintiffs

DOUGLAS COUNTY DISTRICT ATTORNEY'S OFFICE

/s/

A.J. Hames, No. 13498
Deputy District Attorney
P.O. Box 218
Minden, Nevada 89423

Attorney for Defendants

**ORDER**

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

DATED: September 28, 2026