Douglas County District Attorney
Post Office Box 218
Minden, Nevada 89423
(775) 782-9803 Fax (775) 783-6490

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TWO SEASONS PROPERTIES, LLC a Nevada limited liability company; and SS MANAGEMENT, LLC, a Nevada limited liability company ,

Plaintiffs,

v.

DOUGLAS COUNTY, a political subdivision of the State of Nevada; TIM DAVIS, Douglas County Building Official, in his official capacity; and DOES 1 through 50, inclusive.

Defendants.

Case No.: 3:26-cv-00668-MMD-CLB

**ORDER GRANTING**

**STIPULATION TO CONTINUE DEADLINE FOR DEFENDANTS TO FILE RESPONSIVE PLEADINGS**

**(FIRST REQUEST)**

Plaintiffs Two Seasons Properties, LLC and SS Manamgenet, LLC ("Plaintiffs"), and Defendants Douglas County and Douglas County Building Official Tim Davis ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Plaintiffs filed their Verified Complaint in this action on September 3, 2026 (ECF No. 1). Defendants were served with the summons and Complaint on September 10, 2026 (ECF Nos. 16, 17). Under Fed. R. Civ. P. 12(a)(1)(A)(i), Defendants' responsive pleading is currently due on October 1, 2026.

2. Together with their Verified Complaint, Plaintiffs also filed an Emergency Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 6). The briefing on that motion has been continued, with any opposition to be filed by October 13, 2026, and any reply to be filed by October 27, 2026 (ECF No. 21). The hearing on that motion will be rescheduled after October 27, 2026, and only if needed (ECF No. 23). The continuance of the briefing was requested by stipulation and granted by the Court to allow for continued settlement discussions between the Parties.

3. The Parties are still actively and productively engaged in settlement discussions, which they believe will resolve all issues between them without further litigation. To allow those discussions to continue, the Parties agree that **Defendants shall have up to and including October 27, 2026, to answer, move, or otherwise respond to the Verified Complaint**.

4. Good cause exists for the extension under Fed. R. Civ. P. 6(b)(1)(A). This stipulation is submitted before the current deadline expires, and the requested continuance will conserve the resources of the Parties and the Court while settlement efforts proceed.

5. This is the Parties' first request to extend the deadline for Defendants to respond to the Verified Complaint. It is made in good faith to facilitate settlement and not for purposes of delay. No Party will be prejudiced by the extension.

6. By entering into this Stipulation, Defendants do not waive, and expressly preserve, all defenses, objections, and arguments available under Fed. R. Civ. P. 12(b) or otherwise, including any defense based on personal jurisdiction, venue, or service of process.

***Signatures on next page to comply with LR IA 6-2***

**Douglas County District Attorney**
Post Office Box 218
Minden, Nevada 89423
(775) 782-9803 Fax (775) 783-6490

DATED: September 29, 2026

MARK B. JACKSON
Douglas County District Attorney

By: /s/ A.J. Hames
A.J. Hames, No. 13498
Deputy District Attorney
PO Box 218
Minden, Nevada 89423

*Attorneys for Defendants*

KAEMPFER CROWELL

*By: /s/ Keith Williams*
Keith Williams, No. 10796
1960 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

*Attorney for Plaintiffs*

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: September 30, 2026

**Douglas County District Attorney**
Post Office Box 218
Minden, Nevada 89423
(775) 782-9803 Fax (775) 783-6490