KAEMPFER CROWELL
Keith Williams, No. 10796
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: kwilliams@kcnvlaw.com

Attorney for Plaintiffs Two Seasons Properties, LLC and SS Management, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TWO SEASONS PROPERTIES, LLC, a Nevada limited liability company; and SS MANAGEMENT, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>DOUGLAS COUNTY, a political subdivision of the State of Nevada; TIM DAVIS, Douglas County Building Official, in his official capacity; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:26-cv-00668-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO CONTINUE BRIEFING SCHEDULE AND DEADLINE FOR DEFENDANTS TO FILE RESPONSIVE PLEADINGS**<br><br>**(THIRD REQUEST)** |

Plaintiffs Two Seasons Properties, LLC and SS Management, LLC ("Plaintiffs"), and Defendants Douglas County and Douglas County Building Official Tim Davis ("Defendants") (together, the "Parties") stipulate to continue the motion briefing and response deadlines as follows:

1. On September 3, 2026, Plaintiffs filed their Verified Complaint (ECF No. 1), and Defendants were served the same on September 10, 2026 (ECF Nos. 16, 17). On September 30, 2026, the Court entered the Parties' stipulation to

continue the deadline for Defendants to file a responsive pleading to October 27, 2026. (ECF No. 25).

2. On September 8, 2026, Plaintiffs filed their Emergency Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 6). On September 28, 2026, the Court entered the Parties' second stipulation continuing the briefing and hearing on the motion to allow settlement discussions (ECF No. 22). Defendants' opposition is currently due October 13, 2026; Plaintiffs' reply is due October 20, 2026; and the hearing on the motion would be rescheduled after October 27, 2026, if needed.

3. On September 9, 2026, the Tahoe Douglas Fire Protection District inspected the accommodations at issue. On September 11, 2026, counsel for the Parties and Building Official Davis conferred. Following that conference, counsel for Defendants confirmed in writing that "the only enforcement action the County intends to take at this time is to work with" Plaintiffs "towards finalizing the building permit paperwork, completing inspections, and issuing certificates of occupancy."

4. On October 7, 2026 an inspection was completed by a representative from the Douglas County Building Department.

5. The Parties' discussions have been productive, and the matters at issue are being addressed and the Parties expect to reach a full resolution of the remaining issues and resolve this matter without further emergency litigation.

6. To allow those discussions to continue without burdening the Court, the Parties stipulate that the briefing on the motion, as well as any responsive pleading by Defendants be continued for another thirty days, as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Opposition to Motion | October 13, 2026 | **November 12, 2026** |
| Reply | October 27, 2026 | **November 30, 2026**[1] |
| Response to Complaint | October 27, 2026 | **November 30, 2026**[2] |
| *Motion Hearing Date* | --- | ***TBD by Court, if needed*** |

7. If the Parties' discussions remain productive, the Parties may request a further continuance by stipulation.

8. This Stipulation is entered to facilitate settlement discussions and not for delay. No party waives, and this Stipulation shall not be construed to waive or prejudice, any claim, defense, right, or position of any party, including any position concerning the occupancy classification of the accommodations. Participation in the discussions described above is not consent to any classification or reclassification.

9. The Parties will file a joint status report by November 9, 2026, reporting on the progress of their discussions. If the Parties resolve the matter, they will promptly notify the Court. If they do not, the motion brieing and responsive pleadings will proceed on the continued schedule.

***SIGNATURES ON NEXT PAGE TO COMPLY WITH LR IA 6-2***

[1, 2] These proposed dates are more than thirty days due to the reserved holiday.

KAEMPFER CROWELL

[signature]

Keith Williams, No. 10796
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

Attorney for Plaintiffs

DOUGLAS COUNTY DISTRICT ATTORNEY'S OFFICE

/s/ A.J. Hames
A.J. Hames, No. 13498
Deputy District Attorney
P.O. Box 218
Minden, Nevada 89423

Attorney for Defendants

**ORDER**

IT IS SO ORDERED.

[signature]

UNITED STATES DISTRICT JUDGE

DATED: October 13, 2026