KAEMPFER CROWELL
Keith Williams, No. 10796
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: kwilliams@kcnvlaw.com

Attorney for Plaintiffs Two Seasons Properties, LLC and SS Management, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TWO SEASONS PROPERTIES, LLC, a Nevada limited liability company; and SS MANAGEMENT, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>DOUGLAS COUNTY, a political subdivision of the State of Nevada; TIM DAVIS, Douglas County Building Official, in his official capacity; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:26-cv-00668-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO CONTINUE BRIEFING SCHEDULE AND DEADLINE FOR DEFENDANTS TO FILE RESPONSIVE PLEADINGS**<br><br>**(FOURTH REQUEST)** |

Plaintiffs Two Seasons Properties, LLC and SS Management, LLC ("Plaintiffs"), and Defendants Douglas County and Douglas County Building Official Tim Davis ("Defendants") (together, the "Parties") stipulate to continue the motion briefing and response deadlines as follows:

1. On September 3, 2026, Plaintiffs filed their Verified Complaint (ECF No. 1), and Defendants were served the same on September 10, 2026 (ECF Nos. 16, 17). On October 13, 2026, the Court entered the Parties' stipulation to

continue the deadline for Defendants to file a responsive pleading to November 30, 2026. (ECF No. 27).

2. On September 8, 2026, Plaintiffs filed their Emergency Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 6). On September 28, 2026, the Court entered the Parties' second stipulation continuing the briefing and hearing on the motion to allow settlement discussions (ECF No. 22). Defendants' opposition was due November 12, 2026, with Plaintiffs' reply due November 30, 2026. The hearing on the motion would be rescheduled by the Court, if needed.

3. On September 9, 2026, the Tahoe Douglas Fire Protection District inspected the accommodations at issue. On September 11, 2026, counsel for the Parties and Building Official Davis conferred. Following that conference, counsel for Defendants confirmed in writing that "the only enforcement action the County intends to take at this time is to work with" Plaintiffs "towards finalizing the building permit paperwork, completing inspections, and issuing certificates of occupancy."

4. On October 7, 2026 an inspection was completed by a representative from the Douglas County Building Department.

5. As stated in the Joint Status Report filed on November 9, 2026 (ECF No. 28), the Parties' discussions have been productive, and the matters at issue are being addressed and the Parties expect to reach a full resolution of the remaining issues and resolve this matter without further emergency litigation.

6. To allow those discussions to continue without burdening the Court, the Parties stipulate that the briefing on the motion, as well as any responsive pleading by Defendants be continued for another sixty days, as follows:

| **Event** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Opposition to Motion | November 12, 2026 | **January 11, 2027** |
| Reply | November 30, 2026 | **January 29, 2027** |
| Response to Complaint | November 30, 2026 | **January 29, 2027** |
| *Motion Hearing Date* | --- | ***TBD by Court, if needed*** |

7. If the Parties' discussions remain productive, the Parties may request a further continuance by stipulation.

8. This Stipulation is entered to facilitate settlement discussions and not for delay. No party waives, and this Stipulation shall not be construed to waive or prejudice, any claim, defense, right, or position of any party, including any position concerning the occupancy classification of the accommodations. Participation in the discussions described above is not consent to any classification or reclassification.

9. The Parties will file a joint status report by January 5, 2027, reporting on the progress of their discussions. If the Parties resolve the matter, they will promptly notify the Court. If they do not, the motion briefing and responsive pleadings will proceed on the continued schedule.

***SIGNATURES ON NEXT PAGE TO COMPLY WITH LR IA 6-2***

KAEMPFER CROWELL

Keith Williams, No. 10796
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

Attorney for Plaintiffs

DOUGLAS COUNTY DISTRICT ATTORNEY'S OFFICE

/s/ A.J. Hames

A.J. Hames, No. 13498
Deputy District Attorney
P.O. Box 218
Minden, Nevada 89423

Attorney for Defendants

**ORDER**

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

DATED: November 20, 2026